PROB 22
(Rev. 2/10)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0754 3:07CR30155-001 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 3:13-00244-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Scott A. Leist<br>Nashville, TN 37203 | Southern District of Illinois | East St. Louis, IL 62201 |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable William D. Stiehl |

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>1/25/2013 | TO<br>1/24/2018 |
|---|---|---|

OFFENSE

Ct. 1: Conspiracy to Manufacture a Mixture and Substance Containing Methamphetamine
Ct. 2: Distribution of a Mixture and Substance Containing Methamphetamine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District Of Tennessee - Nashville, TN upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 1 July 2013 | William Stiehl |
|---|---|
| *DATE* | *UNITED STATES DISTRICT JUDGE* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 12-9-13 | William J. Haynes Jr. |
|---|---|
| *DATE* | *UNITED STATES DISTRICT JUDGE* |